IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PAMELA SELLERS, *et al.*, | : | No. 21-660 |
| *Defendants* | : | |

## ORDER

AND NOW, this 4th day of March, 2024, upon consideration of the defendants' Motion to Dismiss (Doc. No. 33), Mr. Walker's Opposition (Doc. No. 36), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Motion (Doc. No. 33) is **GRANTED IN PART and DENIED IN PART**.

2. The Motion is **DENIED** as to Mr. Walker's retaliation claims against Ms. Sellers and Mr. Peters.

3. The Motion is **GRANTED** as to Mr. Walker's retaliation claim against Ms. Clark. The retaliation claim against Ms. Clark is **DISMISSED WITH PREJUDICE**

4. The Motion is **GRANTED** as to Mr. Walker's due process claims. The due process claim against all defendants is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE