IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN T. WALKER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA SELLERS AND SERGEANT<br>JOHN PETERS III,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 21-660 |

# O R D E R

**AND NOW**, this 29th day of July, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 48) and the responses thereto (ECF Nos. 52, 53), **IT IS ORDERED** that the Motion is **DENIED.** The Court will issue a pre-trial scheduling order in due course.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.