**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHAWN T. WALKER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**PAMELA SELLERS AND SERGEANT JOHN PETERS III,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 21-660** |

**ORDER**

**AND NOW**, this **4th day** of **November 2026**, upon consideration of Defendants Pamela Sellers ("Sellers") and Sergeant John Peters's ("Peters") (collectively, "Defendants")' Motion for Summary Judgment (ECF No. 73 ("Motion")), Plaintiff's opposition thereto (ECF No. 74), Defendants' Reply Brief In Support of Defendants' Motion for Summary Judgment (ECF No. 75), and Plaintiff's surreply in support of the opposition (ECF No. 78), **IT IS ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

______________________________
**HODGE, KELLEY B., J.**